**Fill in this information to identify your case:**

Debtor 1: Angela J. Schmehl

Debtor 2: Jeffrey B. Schmehl
(Spouse, if filing)

United States Bankruptcy Court for the District of Vermont

Case number
(If known): _____

☐ Check if this is an amended filing

Official Form 101A
# Initial Statement About an Eviction Judgment Against You    12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name and address:
Burlington Housing Authority
65 Main Street
Burlington, VT 05401

### Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☒ Under the state or other nonbankruptcy law that applies to the judgment for possession *(eviction judgment)*, I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☒ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

/s/ Angela J. Schmehl                                          02/17/2017
Signature of Debtor 1                                          Date

/s/ Jeffrey B. Schmehl                                         02/17/2017
Signature of Debtor 2                                          Date

**Stay of Eviction:**

(a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules (www.uscourts.gov/rulesandpolicies/rules.aspx) and the local court's website (to find your court's website, go to www.uscourts.gov/Court_Locator.aspx) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l).

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved. ** LICENSED FOR PRO-BONO USE BY AN ATTORNEY ONLY **

Official Form 101A            Initial Statement About an Eviction Judgment Against You            Page 1