STATE OF VERMONT

SUPERIOR COURT  CIVIL DIVISION
CHITTENDEN UNIT  DOCKET NO. 988-11-16 Cncv

BURLINGTON HOUSING AUTHORITY

v.

ANGELA & JEFFREY SCHMEHL
and all persons holding under them

VERMONT SUPERIOR COURT
FILED

FEB - 3 2017

CHITTENDEN UNIT

### PARTIAL JUDGMENT FOR POSSESSION

A Rent Escrow Order was issued by the Court on December 13, 2016 and served on Defendant Angela Schmehl on behalf of herself and Jeffrey Schmehl on December 13, 2016. Because the full amount of rent due has not been paid to the Court as ordered since the date of service, Plaintiff/Landlord is entitled by law (12 V.S.A. § 4853a(h)) to an order evicting Defendants/Tenants, and granting possession of the apartment or leased residence. Therefore, the Court grants judgment to Plaintiff for possession of the premises at 234 South Champlain Street, #118 in Burlington, Vermont, and hereby authorizes the Court Clerk to issue a Writ of Possession to Plaintiff. The Writ shall authorize the Sheriff to evict Tenants no sooner than five (5) days after serving it and this order upon Tenants.

This Order does not resolve any other issues in the case, such as back due rent. Tenants must give the Court and the Landlord's lawyer any new mailing address so that they can receive all future mail about the other issues in the case.

Dated at Burlington, Vermont this 1st day of February, 2017.

ROBERT A. MELLO
SUPERIOR COURT JUDGE