**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

In Re:
    ANGELA J. SCHMEHL                Case No.
    JEFFREY B. SCHMEHL            Chapter 7
        Debtor(s)

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of Initial Statement About an Eviction Judgment Against You, on February 17, 2017 through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) generated in connection with this document and paper copies will be sent by United States Mail, postage prepaid and by certified mail, return receipt requested to the landlord's counsel, indicated as a non-registered participant on February 17, 2017 at the following addresses:

Nadine L. Scibek, Esq.
174 Battery St.
Burlington, VT 05401

    Dated at Burlington, Vermont, this 17th day of February, 2017.

                                      /s/ Grace B. Pazdan
                                      Grace B. Pazdan
                                      Debtor's Attorney
                                      Vermont Legal Aid, Inc.
                                      (802) 839-1331
                                      (802) 223-7281 (Fax)
                                      gpazdan@vtlegalaid.org

1